## FIRST DEPARTMENT, APRIL, 1930.

FRANK B. BARRETT, Appellant, *v.* MAMARONECK HEIGHTS COMPANY, INC., Respondent.

Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy and O'Malley, JJ.; O'Malley, J., dissents and votes for reversal and a new trial.

O'MALLEY, J. (dissenting). I dissent and vote for reversal of the judgment and for a new trial. In the circumstances here disclosed the question of good faith was immaterial and it was, therefore, reversible error to charge that plaintiff could not recover in the absence of proof of bad faith. In this view it is unnecessary to consider the other alleged erroneous rulings.